## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-00725-CMA-KLM

JILL DIMAURO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

VIDEO PROFESSOR, INC., a Colorado corporation, and
JOHN W. SCHERER, individually and in his capacity as Chief Executive Officer,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 32).  The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and.  It is

FURTHER ORDERED that the class certification hearing set for April 6, 2010 is VACATED.

    DATED:  November   6  , 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge